# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **RACHEL BYRD** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 10-00220-CG-N |
| | ) | |
| **GREGROY BARRO, PLC,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated February 16, 2011 (Doc. 29), is **ADOPTED** as the opinion of this court.

**DONE and ORDERED** this 3rd day of March, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE