**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **RACHEL BYRD** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action No. 10-00220-CG-N |
| | ) |
| **GREGROY BARRO, PLC,** | ) |
| | ) |
| Defendant. | ) |

**FINAL JUDGMENT**

In accordance with the order entered on this date, it is **ORDERED**, **ADJUDGED** and **DECREED** that the plaintiff's application for attorney's fees (Doc. 21) is **GRANTED in part**, that **JUDGMENT** is hereby entered in favor of plaintiff, Rachel Byrd, and against the defendant, Gregory Barro, PLC, in the amount of $1,000.00, and that plaintiff is awarded attorney's fees and costs in the amount of $5,341.00.

**DONE and ORDERED** this 3rd day of March, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE